## University State Bank, Appellee, v. W. S. Kelly, Appellant.

Gen. No. 41,600.

Heard in second division, first district, this court at February term, 1941; opinion filed July 1, 1941. Walter F. Boye and Alfred Bosworth, for appellant; Philip A. Weinstein, for appellee. Opinion by Presiding Justice Friend. "Not to be published in full."

## Prairie State Bank, Appellee, v. Herbert Baer et al., Appellants.

Gen. No. 41,612.

Heard in second division, first district, this court at February term, 1941; opinion filed July 1, 1941. Joseph Rosenstein, for appellants; Joseph B. Bergman and Samuel J. Sherman, for appellee; Joseph B. Bergman, of counsel. Opinion by Presiding Justice Friend. "Not to be published in full."